**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 11 EAL 2019

           Respondent          :

                                    :   Petition for Allowance of Appeal from

                                    :   the Order of the Superior Court

            v.                          :

                                    :

DAVID PEPE,                             :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal, the Motion for Leave Requesting Consideration in Favor of Allowance of Appeal, the Motion for Appointment of Legal Counsel, and the Motion Requesting to Dismiss All of the Charges are **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.